**Law Offices of Charles C. DeStefano**
1082 Victory Boulevard
Staten Island, N.Y. 10301
telephone 718-390-0580    facsimile 929-324-7334
info@charlesdestefanolaw.com

**Charles C. DeStefano Esq.**

<u>Of Counsel</u>
Peter J. Sweeney, Esq.
Lisa Kraut, Esq.
David Moreno, Esq.

<u>Assistants</u>
Christine Orlando
Lori Caputo
Marilou Almodovar

February 13, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/13/2024
```

**MEMO ENDORSED**

<u>By Electronic Filing</u>
Hon. Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, room 750
New York, New York 10007

    Re: James C. Joyce v. Geico General Insurance Company
    Docket No: 23 CV 07897 (JHR)(KHP)

Honorable Magistrate Parker:

With the consent of defendant, plaintiff hereby requests the Initial Conference scheduled for March 7, 2024, be adjourned, due to a conflict with the undersigned's personal commitments. The parties further request that the Initial Conference be rescheduled to either March 20, 2024 or March 21, 2024.

Thank you for your consideration in this matter.

Respectfully submitted,

*[signature]*

Charles C. DeStefano, Esq.
CCD: co
cc: Bradley L. Waldman, Esq., Pillinger Miller Tarallo, LLP

---

**APPLICATION GRANTED:**  The Initial Case Management Conference in this matter scheduled on Thursday, March 07, 2024 at 2:30 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Thursday, March 28, 2024 at 3:15 p.m.</u>

**APPLICATION GRANTED**

*[signature: Katharine H. Parker]*

Hon. Katharine H. Parker, U.S.M.J.

02/13/2024