# Law Offices of Charles C. DeStefano
1082 Victory Boulevard
Staten Island, N.Y. 10301
telephone 718-390-0580   facsimile 929-324-7334
info@charlesdestefanolaw.com

**MEMO ENDORSED**

**Charles C. DeStefano Esq.**

*Of Counsel*
Peter J. Sweeney, Esq.
Lisa Kraut, Esq.
David Moreno, Esq.

*Assistants*
Christine Orlando
Lori Caputo
Marilou Almodovar

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/15/2024
```

February 15, 2024

**By Electronic Filing**
Hon. Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, room 750
New York, New York 10007

**APPLICATION GRANTED:** The Initial Case Management Conference in this matter scheduled on Thursday, March 28, 2024 at 3:15 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Thursday May 2, 2024 at 10:30 a.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
02/15/2024

Re:   James C. Joyce v. Geico General Insurance Company
Docket No: 23 CV 07897 (JHR)(KHP)

Dear Magistrate Parker:

In response to the undersigned's request to adjourn the Initial Conference in this action, the court rescheduled the conference to March 28, 2024. The undersigned will be out of the country from March 27, 2024 through April 5, 2024.

Therefore, it is respectfully requested that the court adjourn the Initial Conference to a date thereafter. After conferring with our adversary, it appears that both attorneys would be available to attend the conference on April 12, 2024, May 2, 2024 or May 3, 2024.

Thank you for your consideration in this matter.

Respectfully submitted,

Charles C. DeStefano, Esq.
CCD: co
cc: Bradley L. Waldman, Esq., Pillinger Miller Tarallo, LLP