```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JAMES C. JOYCE,

                                     Plaintiff,

                 -against-

GEICO GENERAL INSURANCE COMPANY,

                                  Defendant.
-----------------------------------------------------------------X

**23-CV-7897 (KHP)**

**POST-CONFERENCE SCHEDULING ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On October 29, 2024, the parties appeared before the undersigned judge for a Case Management Conference.

The parties shall meet and confer and file a joint status letter by **November 19, 2024**, updating the Court on their position regarding scheduling of a settlement conference or non-binding summary jury trial for settlement purposes, as well as any necessary extensions to the discovery schedule and anticipated motion practice.

       **SO ORDERED.**

DATED:    New York, New York
               October 30, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge